In Re: United States Bankruptcy court

Juan Francisco Estrada Manatou

Debtor

Case No. 16-01652-ESL

CHAPTER 13

2016 AUG -3 PM 1:28

Solicitud para desestimación de caso:

Para: La honorable corte de quiebra

Mi nombre es Zoraida Ayala Alonso soy la madre de los menores Francisco Andrés Estrada Ayala y Nemesis Zoé Estrada Ayala menores que tienen una pensión que no reciben, estoy solicitando hoy 3 de agosto de 2016 la desestimación de la quiebra al honorable tribunal por incumplimiento de responsabilidad de pago. Tiene caso en en tribunal de Caguas al cual no ha asistido a las vistas y tampoco ha emitido pago en el mes de abril y julio del 2016. Solamente emitió pago en el mes de mayo y junio del 2016.

Gracias por su atención

Zoraida Ayala Alonso

Urb. Villa Esperanza
Calle Humildad #232
Caguas P.R. 00727
Tel (787) 475-8708 / 787-643-9107

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Administración para el Sustento de Menores

Fecha de Emisión: 8/3/2016
*Issue date:*

## CERTIFICACION
*CERTIFICATE*

Nuestro sistema mecanizado contiene la siguiente información:
*Our automated case management system has the following information:*

ZORAIDA AYALA ALONSO no tiene la obligación de pagar pensión alimentaria a través de ASUME.
*ZORAIDA AYALA ALONSO does not have obligation to pay child support through the ASUME.*

| Caso<br>*Case* | Pensión Fijada<br>*Support Established* | Frecuencia de Pago<br>*Payment Frequency* | Fecha Último Pago<br>*Last Payment Date* | Balance adeudado<br>*Arrears Due* | Plan de Pagos<br>*Payment plan* | Frecuencia Plan de Pagos<br>*Payment plan frequency* | Fecha en que se estableció Plan de Pagos<br>*Payment Plan establishment date* | Fecha último pago registrado del Plan de Pagos<br>*Date of last payment for payment plan* |
|---|---|---|---|---|---|---|---|---|
| 0460371 | $253.84 | MENSUAL | 6/2/2016 | $6,829.00 | | | | 6/2/2016 |

En este caso los alimentistas NO recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.
*In this case, the obligees received NO economic assistance from the Temporary Assistance for Needy Families Program (TANF).*

ZORAIDA AYALA ALONSO NO se encuentra acogido/a a la Ley de Quiebras.
*ZORAIDA AYALA ALONSO IS NOT under the protection of the Bankruptcy Act.*

Tiene **0** obligación(es) de pagos de pension(es) alimentaria(s) a través de ASUME.
*Has* **0** *child support obligation(s) through the ASUME*

Recibe pensión alimentaria a través de ASUME en **1** caso(s):
*Receives child support through ASUME in* **1** *case(s):*

**0460371**

Este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la persona custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de la ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, a partir de la fecha de su emisión.
*This document summarizes the information contained in the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are neither registered as child support payments nor as payments made for the payment plan. You must visit the ASUME office to which your case is assigned in order to request to credit those payments. The balance in this Certificate does not include the current month when it was issued. The information contained in this document is valid for thirty (30) days from its issue date.*

**20160716201608156609327**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo.

*CONFIDENTIALITY NOTE: The information contained in this document and any attachment is confidential and privileged and has the purpose of being used only by the person identified in it.*

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.
*To validate the information herein, please access http://www.pr.gov/validacionelectronica/.*

ASM-526
REV 02/15



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración para el Sustento de Menores

Fecha de emisión: **8/3/2016**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION
*Child Support Payment History*

**Número de caso:** 0460371
*Case number:*

**Persona custodia:** ZORAIDA AYALA ALONSO          **Persona no custodia:** JUAN ESTRADA MANATOU
*Custodial person:*                                 *Non custodial person:*

**Balance:** $6,829.00          **Pensión:** $253.84          **Frecuencia:** MENSUAL
*Arrears due:*                   *Support Established:*        *Payment frequency:*

| Fecha de pago / Payment date | Método de pago / Payment method | Cantidad del pago / Payment amount | Número de transacción / Transaction number |
|---|---|---|---|
| 6/2/2016 | DEPOSITO DIRECTO | $254.00 | 022923900 |
| 5/9/2016 | DEPOSITO DIRECTO | $253.84 | 022812246 |
| 1/29/2016 | CHEQUE | $260.00 | 010979457 |
| 1/21/2016 | CHEQUE | $300.00 | 010978452 |
| 1/21/2016 | DEPOSITO DIRECTO | $300.00 | 022288648 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.

Página 1 de 1