IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JUAN FRANCISCO ESTRADA MANATOU <br><br> DEBTOR(S) | CASE NO. 16-01652 ESL <br><br> CHAPTER 13 |

**REPLY TO TRUSTEE'S POSITION AND OBJECTION TO DOCKET NO. 32**

TO THE HONORABLE COURT:

Comes debtor represented by the undersigned attorney and most respectfully EXPOSES and PRAYS:

1.  Chapter 13 Trustee filed a motion stating his position and his objection to debtor's motion requesting reconsideration of dismissal. See docket no. 35.

2.  Chapter 13 Trustee alleges debtor has failed to produce evidence of having filed tax returns for the taxable years 2013 and 2015. Debtor is attaching to this motion model SC 6088 from the PR Department of Treasury stating the agency has not received any state tax returns from debtor and model SC 2781 in which debtor states that he had been unemployed during the las 5 taxable years.

3.  Debtor is also attaching to this motion evidence of his DSO post-petition payments. These DSO payments have been submitted through TEDFA.

4.  Debtor has complied with all that has been required in order to obtain a favorable recommendation to the proposed Chapter 13 Plan. See docket entry no. 30 and 31.

WHEREFORE, debtor respectfully requests from this Honorable Court to grant this motion, reconsider the order of dismissal and confirm Amended Chapter 13 Plan dated August 11th, 2016.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 19th day of September 2016.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/s/ JOSE A. LEON LANDRAU, ESQ.

**JOSE A. LEON LANDRAU (131506)**
Attorney for Debtor(s)
PO Box 1687

Caguas, PR 00726
Phone: (787) 746-7979
Fax:(787) 961-9348

Case:16-01652-ESL13 Doc#:36 Filed:09/19/16 Entered:09/19/16 10:53:15 Desc: Main
Document Page 2 of 9

```
MODELO SC 6088              ESTADO LIBRE ASOCIADO DE PUERTO RICO
REV.15 OCT 04                    DEPARTAMENTO DE HACIENDA
OA 04-18                          AREA DE RENTAS INTERNAS

                       CERTIFICACION DE RADICACION DE PLANILLAS DE
                              CONTRIBUCION SOBRE INGRESOS

NUM.CUENTA :        ; 5LE*1VVN ESTRADA MANATOU JUAN F

PO BOX 9087
CAGUAS PR 00726-9087
```

| PERIODO CONTRIBUTIVO | INFORMACION SEGUN SISTEMA |
|---|---|
| 2015 | AL DIA DE HOY LA INFORMACION NO ESTA DISPONIBLE. SOMETA EVIDENCIA |
| 2014 | NO RINDIO PLANILLA |
| 2013 | NO RINDIO PLANILLA |
| 2012 | NO RINDIO PLANILLA |
| 2011 | NO RINDIO PLANILLA |

I N F O R M A C I O N   A L   C O N T R I B U Y E N T E

DE NO ESTAR DE ACUERDO CON LA INFORMACION CONTENIDA EN ESTA CERTIFICACION DEBERA PRESENTAR SU RECLAMACION CON LA EVIDENCIA DE RADICACION EN CUALQUIERA DE LOS CENTROS DE SERVICIOS AL CONTRIBUYENTE.

DE NO ESTAR OBLIGADO POR LA LEY A RENDIR UNA PLANILLA (APLICA SOLO A INDIVIDUOS) DEBERA LLENAR EL MODELO SC 2781, CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR UNA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS, EN CUALQUIERA DE LOS CENTROS DE SERVICIO AL CONTRIBUYENTE (CENTROS) Y PRESENTAR LA EVIDENCIA SOLICITADA.

PARA LA UBICACION DE LOS CENTROS, PUEDE COMUNICARSE A LOS SIGUIENTES TELEFONOS:

```
SAN JUAN (787) 723-5556 / 1-877-684-3422 -   CAGUAS (787) 258-5272 / (787) 745-0666
PONCE    (787) 844-8800                  -   MAYAGUEZ (787) 265-5200
BAYAMON  (787) 778-4949 / (787) 778-4973 / (787) 778-4974
```

NITZA POMALES MARTINEZ - (NPM9167)         02-May-2016 02:06 PM              D08648536
-----------------------------------        ----------------------       ---------------
SECRETARIO AUXILIAR DE RENTAS INTERNAS      FECHA Y HORA DE              SELLO DE RENTAS INTERNAS Y
O SU REPRESENTANTE AUTORIZADO               EMISION                      SELLO OFICIAL

A D V E R T E N C I A

ESTA CERTIFICACION ES VALIDA, SI CONTIENE EL SELLO DE RENTAS INTERNAS, EL SELLO OFICIAL DEL DEPARTAMENTO Y LA FIRMA AUTORIZADA.

Modelo SC 2781
Rev. 4 ago 10



Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas

## CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

**PARTE I - INFORMACION GENERAL DEL CONTRIBUYENTE** (Para ser completado por el contribuyente)

(Si se prepara para un contribuyente fallecido incluya la información del causante y complete la Declaración de la Parte V)

Nombre del Contribuyente: JUAN FRANCISCO ESTRADA MANATOU
Número de Seguro Social: XXX-XX-1875

Nombre del Cónyuge: N/A
Número de Seguro Social del Cónyuge: N/A

Número de Teléfono Residencia: (787) 414-3919
Número de Teléfono Trabajo: ( )

Dirección Postal (Apartado, Pueblo, País, Código Postal):
PO BOX 9087
CAGUAS PR 00726

Dirección Residencial (Barrio o Urb., Núm., Calle, Pueblo, País, Código Postal):
CALLE RUBI NO 50
VILLA BLANCA
CAGUAS PR 00726

**PARTE II - RAZONES POR LAS CUALES NO RINDIO SU PLANILLA** (Para ser completado por el contribuyente)

Certifico que para cada uno de los años contributivos detallados a continuación, mi estado personal y las razones por las cuales no rendí la planilla de contribución sobre ingresos son los siguientes:

| Año Contributivo | Estado Personal | Razones |
|---|---|---|
| 2014 | SOLTERO | DESEMPLEADO |
| 2013 | SOLTERO | DESEMPLEADO |
| 2012 | SOLTERO | DESEMPLEADO |
| 2011 | SOLTERO | DESEMPLEADO |
| 2010 | SOLTERO | DESEMPLEADO |

**PARTE III - PROPOSITO DE ESTA CERTIFICACION** (Para ser completado por el contribuyente)

TRIBUNAL FEDERAL DE QUIEBRA

**PARTE IV - DECLARACION JURADA DEL CONTRIBUYENTE** (Para ser completado por el contribuyente)

Yo, JUAN F ESTRADA MANATOU, vecino de CAGUAS PR, voluntariamente declaro sujeto a las penalidades de perjurio que la información suministrada en este documento es cierta, correcta y completa.

Firma o Marca del Contribuyente, Tutor o Representate     Nombre y Firma del Testigo de la Marca     Fecha

Firma o Marca del Cónyuge     Nombre y Firma del Testigo de la Marca     Fecha

Período de Conservación: Diez (10) años.

Continúa al dorso.

```
MODELO SC 6088            ESTADO LIBRE ASOCIADO DE PUERTO RICO
REV.15 OCT 04                   DEPARTAMENTO DE HACIENDA
OA 04-18                         AREA DE RENTAS INTERNAS

                          CERTIFICACION DE RADICACION DE PLANILLAS DE
                                 CONTRIBUCION SOBRE INGRESOS

NUM.CUENTA :              GQTCXBWJ ESTRADA MANATOU JUAN F

PO BOX 9087
CAGUAS PR 00726-9087
```

| PERIODO CONTRIBUTIVO | INFORMACION SEGUN SISTEMA |
|---|---|
| 2014 | NO RINDIO PLANILLA |
| 2013 | NO RINDIO PLANILLA |
| 2012 | NO RINDIO PLANILLA |
| 2011 | NO RINDIO PLANILLA |
| 2010 | NO RINDIO PLANILLA |

I N F O R M A C I O N   A L   C O N T R I B U Y E N T E

DE NO ESTAR DE ACUERDO CON LA INFORMACION CONTENIDA EN ESTA CERTIFICACION DEBERA PRESENTAR SU RECLAMACION CON LA EVIDENCIA DE RADICACION EN CUALQUIERA DE LOS CENTROS DE SERVICIOS AL CONTRIBUYENTE.

DE NO ESTAR OBLIGADO POR LA LEY A RENDIR UNA PLANILLA (APLICA SOLO A INDIVIDUOS) DEBERA LLENAR EL MODELO SC 2781, CERTIFICACION DE RAZONES POR LAS CUALES EL CONTRIBUYENTE NO ESTA OBLIGADO POR LEY A RENDIR UNA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS, EN CUALQUIERA DE LOS CENTROS DE SERVICIO AL CONTRIBUYENTE (CENTROS) Y PRESENTAR LA EVIDENCIA SOLICITADA.

PARA LA UBICACION DE LOS CENTROS, PUEDE COMUNICARSE A LOS SIGUIENTES TELEFONOS:

```
SAN JUAN (787) 723-5556 / 1-877-684-3422 -   CAGUAS (787) 258-5272 / (787) 745-0666
PONCE    (787) 844-8800                  -   MAYAGUEZ (787) 265-5200
BAYAMON  (787) 778-4949 / (787) 778-4973 / (787) 778-4974
```

```
MARLA RODRIGUEZ CAEZ - (MRC5237)         11-Feb-2016 10:44 AM
--------------------------------         --------------------         --------
SECRETARIO AUXILIAR DE RENTAS INTERNAS    FECHA Y HORA  DE            SELLO DE
O SU REPRESENTANTE AUTORIZADO                 EMISION                  SELLO

                                                                       D09999920
```

A D V E R T E N C I A

ESTA CERTIFICACION ES VALIDA, SI CONTIENE EL SELLO DE RENTAS INTERNAS, EL SELLO OFICIAL DEL DEPARTAMENTO Y LA FIRMA AUTORIZADA.

**BANCO POPULAR**

```
           385          Plaza Centro Sur
    Date: 05/06/2016    Time:  2:55 pm
            Teller ID:  18

Trans.   /    Trans. Description /   Amount
Sequence      Account Number
----------------------------------------------

311  ATH Withdrawal
     XXXXXXXXXXXX2622
     Amount                           $253.84

312  ASUME OCR Payment
     04603710000006249252
     Paid Amount                      $253.84
```

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TeleBanco Popular 787-724-3650 ó 1-968-724-3650
www.bancopopular.com

Abril 2016



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Administración para el Sustento de Menores

Fecha de emisión: **8/3/2016**
*Issue date:*

## HISTORIAL DE PAGOS DE PENSION
*Child Support Payment History*

**Número de caso:** 0460371
*Case number:*

**Persona custodia:** ZORAIDA AYALA ALONSO  **Persona no custodia:** JUAN ESTRADA MANATOU
*Custodial person:* *Non custodial person:*

**Balance:** $6,829.00  **Pensión:** $253.84  **Frecuencia:** MENSUAL
*Arrears due:* *Support Established:* *Payment frequency:*

| Fecha de pago / Payment date | Método de pago / Payment method | Cantidad del pago / Payment amount | Número de transacción / Transaction number |
|---|---|---|---|
| 6/2/2016 | DEPOSITO DIRECTO | $254.00 | 022923900 |
| 5/9/2016 | DEPOSITO DIRECTO | $253.84 | 022812246 |
| 1/29/2016 | CHEQUE | $260.00 | 010979457 |
| 1/21/2016 | CHEQUE | $300.00 | 010978452 |
| 1/21/2016 | DEPOSITO DIRECTO | $300.00 | 022288648 |

El historial de pagos de pensión alimentaria solo abarca los pagos realizados durante los últimos 18 meses. Este documento contiene información del sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran. En aquellos casos en los que la familia recibe o recibió asistencia económica, la cantidad del pago responde al dinero distribuido luego del ajuste correspondiente por concepto de los beneficios recibidos. El número de transacción 0 corresponde a pagos recibidos, pero no distribuidos por razones reglamentarias. De usted identificar discrepancias en la información obtenida a través de este medio, tiene el deber de comunicarse o acudir a la oficina local correspondiente de la ASUME con el propósito de aclarar la misma. "R" significa reembolso al pagador.

*This Child support payment history only shows payments made during the last 18 months. This document contains information from the Administration for Child Support Enforcement automated system (PRACSES). Payments made directly to the Custodial Person are not registered. In cases where the family receives or received TANF payments, the payment amount means money distributed after the corresponding adjustment was made for benefits received. Transaction number 0 means an undistributed collection due to regulatory reasons. If you identify any discrepancies with the information displayed in our page, please contact or visit your corresponding ASUME local office for clarification. "R" means reimbursement to the payor.*

Página 1 de 1

(Pensión Meses
Junio y Julio)

0000624925 - 2

Número de Participante

*Participant's Number*

$254.00

0460371 - 0

Número de Caso

*Case Number*

**BANCO POPULAR**

046 San Alfonso
Date: 08/03/2015 Time: 0:00 pm

| Trans. | Trans. Description | Amount |
|---|---|---|
| Sequence | Account Number | |

520 ATH Withdrawal 8300.00
(XXXXXXXXXX2692)
Cash From Client $10.00

ASUME 01B Payment
0460371000000248292
Paid Amount

521 ASUME 00A Payment
0460371000000248292
Paid Amount 254.07

522 Paid To Client 0.00

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos servirle !
TeleBanco Popular 787-724-3659 / 1-888-724-3659
www.bancopopular.com

# BANCO POPULAR

```
         355            Plaza los Prados
    Date: 08/25/2016      Time: 10:32 am
           Teller ID:  10

Trans.  /    Trans. Description /    Amount
Sequence       Account Number

...                                   $00.00

    WHS 000 Raurant
    4037100000245252
    Paid Amount                      $252.84

...                                   $0.15
```

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !
TelePanco Popular 787-724-3650 o 1-888-724-3650
www.bancopopular.com